```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JGV APPAREL GROUP, LLC,                :
                                       :   **ORDER**
            Plaintiff,                 :
   -v-                                 :   22-CV-9210 (GHW) (JLC)
                                       :
OMRI ABU, *et al.*,                    :
                                       :
            Defendants.                :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court held an initial case management conference in accordance with Fed. R. Civ. P. 16(a) on January 5, 2023. Counsel for both parties and the Court conferred and set the following deadlines:

1. Fact discovery will be completed by **May 5, 2023**.

2. By separate order, the Court will refer the parties to the SDNY Mediation Program. If the parties are unable to resolve the case in mediation, the parties may contact the Court to request a settlement conference before the undersigned.

3. If the parties are unable to settle the case, the Court will hold a status conference following the close of fact discovery on **May 12, 2023**, at **11:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586).

    **SO ORDERED.**

Dated: January 5, 2023
       New York, New York

1

_____
JAMES L. COTT
United States Magistrate Judge