```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
JGV APPAREL GROUP, LLC,                                           :
                                                                  :
                              Plaintiff,                          :   1:22-cv-09210-GHW-JLC
                                                                  :
              -v-                                                 :   ORDER
                                                                  :
OMRI ABU, *et al.*,                                               :
                                                                  :
                              Defendants.                         :
                                                                  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

This matter has been referred for general pretrial purposes and dispositive motions to Magistrate Judge James L. Cott. Dkt. No. 10. On February 5, 2024, Judge Cott issued a Report and Recommendation, recommending that Defendants' motion for summary judgment be denied. Dkt. No. 47; *see also* Dkt. No. 39 (motion). On February 20, 2024, Defendants filed what appears to be improperly labeled on the ECF entry as a new motion for summary judgment. Dkt. No. 48. The document itself is titled "Memorandum of Law in Support of Defendants' Objection to Report and Recommendation on Defendants' Motion for Summary Judgment." *Id.* at 1. Accordingly, the Court understands Defendants' February 5 submission to be an objection to Judge Cott's February 5, 2024 Report and Recommendation. Plaintiff may respond to Defendants' February 20, 2024 objection by March 5, 2024. *See* Fed. R. Civ. P. 72(b)(2).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 48.

SO ORDERED.

Dated: February 21, 2024
       New York, New York

                                                            _____
                                                            GREGORY H. WOODS
                                                            United States District Judge