```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
JGV APPAREL GROUP, LLC,                                          :
                                                                 :
                                       Plaintiff,                :      1:22-cv-9210-GHW-JLC
                                                                 :
                   -v-                                           :             ORDER
                                                                 :
OMRI ABU; HEALTH SUPPLY 770 INC.;                                :
MEDICAL SUPPLY 770 INC.; and MINERAL                             :
BEAUTY 707 INC.,                                                 :
                                                                 :
                                       Defendants.               :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2024

GREGORY H. WOODS, United States District Judge:

On May 8, 2024, the Court issued an opinion granting in part and denying in part Defendants' motion for summary judgment. Dkt. No. 51. As a result, Plaintiff's claim for unjust enrichment remains to be tried. *Id.* at 15. The Court will hold a status conference to discuss the next steps in this matter by telephone on July 2, 2024 at 3:00 p.m. The parties should be prepared to discuss potential dates for trial at the conference.

The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: June 26, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge